**EXHIBIT C**

**ACTION BY WRITTEN CONSENT
OF THE SOLE DIRECTOR OF
NEON MACHINE, INC.**
(a Delaware corporation)

**January 13, 2023**

Pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, the undersigned, being the members of the Board of Directors (the "***Board***") of Neon Machine, Inc., a Delaware corporation (the "***Corporation***"), hereby adopts and approves the following resolutions by written consent without a meeting.

1. **Ratification of SAFE Financing.**

   **WHEREAS**, the Corporation previously issued those certain Simple Agreements for Future Equity on January 13, 2023 in the aggregate principal amount of $5,000,000 for additional working capital to the parties and in the amounts listed on Exhibit A hereto and in the form attached as Exhibit B-1 and Exhibit B-2 hereto (together, the "***SAFEs***", and such sale and issuance of the SAFEs, the "***SAFE Financing***").

   **NOW, THEREFORE, BE IT RESOLVED**, that the SAFE Financing is hereby ratified, confirmed, adopted and approved in all respects.

   **RESOLVED FURTHER**, that the form, terms and conditions of each SAFE are hereby ratified, confirmed, adopted and approved (together with any changes thereto which the officers of the Corporation approve, such approval being conclusively evidenced by any officer's signature thereto).

   **RESOLVED FURTHER**, that the Board hereby ratifies, confirms, approves and adopts all actions previously taken by officers or directors of the Corporation in connection with the foregoing resolutions, including the execution of the SAFEs.

2. **Ratification of Letter Agreement.**

   **WHEREAS**, in connection with the SAFE Financing, the Corporation entered into (i) that certain letter agreement with Polychain Ventures III LP Polychain Ventures III (Parallel) LP (together, "***Polychain***"), dated January 13, 2023 in the form attached hereto as Exhibit C (the "***Polychain Letter Agreement***").

   **NOW, THEREFORE, BE IT RESOLVED**, that each of the Letter Agreements is hereby ratified, confirmed and approved.

   **RESOLVED FURTHER**, that the Board hereby ratifies, confirms, approves and adopts all actions previously taken by officers or directors of the Corporation in connection with the foregoing resolutions, including the execution of the Side Letter Agreements.

3. **Ratification of Warrants.**

**WHEREAS**, the Corporation previously issued those certain Warrants to Purchase Tokens on January 13, 2023 in the aggregate principal amount of $1,000 in the form attached as Exhibit D-1 and Exhibit D-2 hereto (together, the "***Token Warrants***").

**NOW, THEREFORE, BE IT RESOLVED**, that the Token Warrants are hereby ratified, confirmed, adopted and approved in all respects.

**RESOLVED FURTHER**, that the form, terms and conditions of each of the Token Warrants, respectively, are hereby ratified, confirmed, adopted and approved (together with any changes thereto which the officers of the Corporation approve, such approval being conclusively evidenced by any officer's signature thereto).

**RESOLVED FURTHER**, that the Board hereby ratifies, confirms, approves and adopts all actions previously taken by officers or directors of the Corporation in connection with the foregoing resolutions, including the execution of the Token Warrants.

4. **Ratification.**

**RESOLVED**, that the Board hereby ratifies, confirms, approves and adopts all actions previously taken by officers or directors of the Corporation that are approved by the foregoing resolutions.

5. **Enabling Resolution.**

**RESOLVED**, that each of the officers of the Corporation is authorized to do or cause to be done any and all such further acts and to execute and deliver any and all such additional documents as such officer may deem necessary or appropriate in order to carry into effect the purposes and intent of the foregoing resolutions.

[R<small>EMAINDER OF</small> P<small>AGE</small> I<small>NTENTIONALLY</small> L<small>EFT</small> B<small>LANK</small>]

This consent shall be effective as of the date signed below (unless otherwise noted in the resolutions).

Date: 2/15/2023

*Cort Javarone*
Cort Javarone, Director

Date: 1/16/2023

*Mark Long*
Mark Long, Director

Date: 1/17/2023

*Ben Perszyk*
Ben Perszyk, Director

Date: 3/6/2023

*Pierre Planche*
Pierre Planche, Director

Date: 2/15/2023

*Ned Sherman*
Edward Sherman, Director

[SIGNATURE PAGE TO ACTION BY WRITTEN CONSENT
OF THE SOLE DIRECTOR OF NEON MACHINE, INC.]

## EXHIBIT A

### Schedule of SAFE Holders

| Holder | Principal Amount | Date |
|---|---|---|
| Polychain Ventures III LP | $3,255,437 | 1/13/2023 |
| Polychain Ventures III (Parallel) LP | $1,744,563 | 1/13/2023 |
| **Total** | **$5,000,000** | |

## **EXHIBIT B-1**

## **Form of SAFE**

# EXHIBIT B-2

# Form of SAFE

# **EXHIBIT C**

## **Polychain Letter Agreement**

# **EXHIBIT D-1**

**Token Warrant**

## **EXHIBIT D-2**

**Token Warrant**