Avram E. Luft
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:    (212) 319-4090
Email: aviluft@paulhastings.com

Justin Rawlins
Edward Han
Timothy D. Reynolds
**PAUL HASTINGS LLP**
1999 Avenue of the Stars, 27th Floor
Century City, California 90067
Telephone:   (310) 620-5700
Facsimile:    (310) 620-5899
Email: justinrawlins@paulhastings.com
           edwardhan@paulhastings.com
           timreynolds@paulhastings.com

*Counsel to Mark Long, Colin Foran, Naomi Lackaff, Aaron Nonis, Don Norbury, Mark Yeend, Calvin Zhou, Polychain Ventures II LP, Polychain Ventures II (Parallel) LP, Griffin Gaming Partners II, L.P., Griffin Gaming Partners II Side Fund, L.P., Pierre-Edouard Planche, Ben Perszyk, and Josh Rosenthal*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| 4D FACTORY, INC., *et al.*,[1] | (Subchapter V) |
| | Case No. 23-11618 (MEW) |
| Debtors. | (Jointly Administered) |

---

| | |
|---|---|
| THE 4D FACTORY LLC, | |
| Plaintiff, | Adv. Proceeding No. 24-01319 |
| v. | |
| | **NEON FOUNDERS' OMNIBUS** |
| MARK LONG, *et al.*, | **CERTIFICATE OF SERVICE** |
| Defendants, | **REGARDING (I) THIRD-** |
| | **PARTY COMPLAINT AND** |
| and | **COUNTERCLAIMS AND** |
| | **(II) MOTION TO DISMISS** |
| NEON MACHINE, INC., *et al.*, | |
| Nominal Defendants. | |

---

AND ALL RELATED CONSOLIDATED ACTIONS.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC (8935).

Pursuant to the terms of the Stipulation and Scheduling Order [Adv. ECF No. 7], on March 26, 2024, Mark Long, Colin Foran, Naomi Lackaff, Aaron Nonis, Don Norbury, Mark Yeend, and Calvin Zhou (collectively the "Neon Founders"), filed and served electronically using the case management/electronic case files ("CM/ECF") system their counterclaims and third-party complaint [Adv. ECF No. 8] (the "Third-Party Complaint") against plaintiff-counterclaim defendant The 4D Factory LLC (the "Debtor"), nominal defendant Neon Machine, Inc. ("Neon"), and third-party defendants Cort Javarone, Scott Honour, and Steve Horowitz (collectively, the "Individual Defendants," and together with the Debtor, "Defendants"). On March 28, 2024, the Clerk of the Bankruptcy Court issued a third-party summons with respect to the Third-Party Complaint [Adv. ECF No. 10] (the "Summons"). That same day, I caused the Third-Party Complaint and Summons to be sent via email to counsel for the Debtor (Robert J. Spence, Esq.) and counsel for the Individual Defendants (Allan Anderson, Esq.) (collectively, "Defendants' Counsel").

On March 29, 2024, the Neon Founders filed electronically using the CM/ECF system their Notice of Motion to Dismiss 4D Amended Complaint, [Adv. ECF No. 13], and supporting Memorandum of Law, [Adv. ECF No. 14] (collectively, the "Motion to Dismiss"). That same day, I caused the Motion to Dismiss to be sent via email to counsel for the Debtor, Robert J. Spence, Esq.

On April 2, 2024, I caused hard copies of the Third-Party Complaint, Summons, and Motion to Dismiss to be sent to the Defendants by first-class mail delivery to Defendants' Counsel at the below addresses:

<u>First Class Mail</u>
**Spence Law Office, P.C.**
Robert J. Spence, Esq.
55 Lumber Road, Suite 5
Roslyn, New York 11576

**ArentFox Schiff LLP**
Allan Anderson
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

* * *

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 3, 2024
Los Angeles, California

<u>*/s/ Will Clark Farmer*</u>
Will Clark Farmer
**PAUL HASTINGS LLP**
1999 Avenue of the Stars, 27th Floor
Century City, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
Email: willfarmer@paulhastings.com

*Counsel to Mark Long, Colin Foran, Naomi Lackaff, Aaron Nonis, Don Norbury, Mark Yeend, Calvin Zhou, Pierre-Edouard Planche, Benjamin Perszyk, Josh Rosenthal, Polychain Ventures II LP, Polychain Ventures II (Parallel) LP, Griffin Gaming Partners II, L.P., and Griffin Gaming Partners II Side Fund, L.P.*