| | |
|---|---|
| Avram E. Luft | Justin Rawlins |
| **PAUL HASTINGS LLP** | Edward Han |
| 200 Park Avenue | Timothy D. Reynolds |
| New York, New York 10166 | **PAUL HASTINGS LLP** |
| Telephone: (212) 318-6000 | 1999 Avenue of the Stars, 27th Floor |
| Facsimile: (212) 319-4090 | Century City, California 90067 |
| Email: aviluft@paulhastings.com | Telephone: (310) 620-5700 |
| | Facsimile: (310) 620-5899 |
| | Email: justinrawlins@paulhastings.com |
| | edwardhan@paulhastings.com |
| | timreynolds@paulhastings.com |

*Counsel to Mark Long, Colin Foran, Naomi Lackaff, Aaron Nonis, Don Norbury, Mark Yeend, Calvin Zhou, Polychain Ventures II LP, Polychain Ventures II (Parallel) LP, Griffin Gaming Partners II, L.P., Griffin Gaming Partners II Side Fund, L.P., Pierre-Edouard Planche, Ben Perszyk, and Josh Rosenthal*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| 4D FACTORY, INC., *et al.*,[1] | (Subchapter V) |
| | Case No. 23-11618 (MEW) |
| Debtors. | (Jointly Administered) |
| | |
| THE 4D FACTORY LLC, | |
| Plaintiff, | Adv. Proceeding No. 24-01319 |
| v. | |
| | **NEON INVESTORS'** |
| MARK LONG, *et al.*, | **CERTIFICATE OF SERVICE** |
| Defendants, | **REGARDING THIRD-PARTY** |
| | **COMPLAINT AND** |
| and | **COUNTERCLAIMS** |
| | |
| NEON MACHINE, INC., *et al.*, | |
| Nominal Defendants. | |
| | |
| AND ALL RELATED CONSOLIDATED ACTIONS. | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC (8935).

Pursuant to the terms of the Stipulation and Scheduling Order [Adv. ECF No. 7], on March 26, 2024, Polychain Ventures II LP and Polychain Ventures II (Parallel) LP (collectively, "Polychain"), and Griffin Gaming Partners II, L.P. and Griffin Gaming Partners II Side Fund, L.P. (collectively, "Griffin" and, together with Polychain, the "Neon Investors"), filed and served electronically using the case management/electronic case files ("CM/ECF") system their counterclaims and third-party complaint [Adv. ECF No. 9] (the "Third-Party Complaint") against plaintiff-counterclaim defendant The 4D Factory LLC (the "Debtor") and third-party defendants Cort Javarone, Scott Honour, and Steve Horowitz (collectively, the "Individual Defendants," and together with the Debtor, "Defendants"). On March 28, 2024, the Clerk of the Bankruptcy Court issued a third-party summons with respect to the Third-Party Complaint [Adv. ECF No. 11] (the "Summons"). That same day, I caused a copy of the Third-Party Complaint and Summons to be emailed to counsel for the Debtor (Robert J. Spence, Esq.) and counsel for the Individual Defendants (Allan Anderson, Esq.) (collectively, "Defendants' Counsel").

On April 2, 2024, I caused hard copies of the Third-Party Complaint and Summons to be sent to the Defendants by first-class mail delivery to Defendants' Counsel at the below addresses:

First Class Mail
**Spence Law Office, P.C.**
Robert J. Spence, Esq.
55 Lumber Road, Suite 5
Roslyn, New York 11576

**ArentFox Schiff LLP**
Allan Anderson
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 3, 2024
Los Angeles, California

*/s/ Will Clark Farmer*
Will Clark Farmer
**PAUL HASTINGS LLP**
1999 Avenue of the Stars, 27th Floor
Century City, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
Email: willfarmer@paulhastings.com

*Counsel to Mark Long, Colin Foran, Naomi Lackaff, Aaron Nonis, Don Norbury, Mark Yeend, Calvin Zhou, Pierre-Edouard Planche, Benjamin Perszyk, Josh Rosenthal, Polychain Ventures II LP, Polychain Ventures II (Parallel) LP, Griffin Gaming Partners II, L.P., and Griffin Gaming Partners II Side Fund, L.P.*