**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

In re:

4D FACTORY, INC., et al.,

                                  Debtors.[1]

Chapter 11
(Subchapter V)
Case No.: 23-11618 (MEW)
(Jointly Administered)

-------------------------------------------------------------------X

THE 4D FACTORY LLC,

                        Plaintiff,

   -against-

MARK LONG, COLIN FORAN,
NAOMI LACKAFF, AARON NONIS,
DON NORBURY, MARK YEEND,
CALVIN ZHOU, GRIFFIN GAMING
PARTNERS II, L.P., GRIFFIN GAMING
PARTNERS II SIDE FUND, L.P., POLYCHAIN
VENTURES II LP, POLYCHAIN VENTURES II
(PARALLEL) LP, PIERRE-EDUOARD
PLANCHE, BENJAMIN PERSZYK,

JOSH ROSENTHAL,

                        Defendants,
           and

NEON MACHINE, INC., ARGON PROTOCOL
FOUNDATION, ARGON ASSET VENTURES
CORP.

Adv. Pro. No. 24-01319 (MEW)

**MOTION TO ADMIT
COUNSEL PRO HAC VICE**

                      Nominal Defendants.

-------------------------------------------------------------------X

GRIFFIN GAMING PARTNERS II, L.P., GRIFFIN
GAMING PARTNERS II SIDE FUND, L.P.,
POLYCHAIN VENTURES II LP, POLYCHAIN
VENTURES II (PARALLEL) LP,

                    Counterclaim-Plaintiffs, v.

THE 4D FACTORY LLC,

                    Counterclaim-Defendant.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC (8935).

```
---------------------------------------------------------------------X
```
GRIFFIN GAMING PARTNERS II, L.P., GRIFFIN
GAMING PARTNERS II SIDE FUND, L.P.,
POLYCHAIN VENTURES II LP, POLYCHAIN
VENTURES II (PARALLEL) LP,

                        Third-Party Plaintiffs,

v.

CORT JAVARONE, SCOTT HONOUR, and STEVE
HOROWITZ,
                        Third-Party Defendants.
```
---------------------------------------------------------------------X
```

      Nick R. Lawson, hereby requests admission, *pro hac vice*, before the Honorable Michael E. Wiles, to represent The 4D Factory LLC plaintiffs and counterclaim defendants, Cort Javarone, Scott Honour, Steve Horowitz, and Neon Media LLC in the above-referenced adversary proceeding.

      I certify that I am a member in good standing of the bar of the State of Texas and the bars of the U.S. District Courts for the Southern, Northern, Eastern, and Western Districts of Texas, the Southern District of Illinois, the Seventh Circuit Court of Appeals, and the Fifth Circuit Court of Appeals.

      I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 10, 2024

                                                                           Nick R. Lawson

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
In re:

4D FACTORY, INC., et al.,

                                    Debtors.²

Chapter 11
(Subchapter V)
Case No.: 23-11618 (MEW)
(Jointly Administered)

---------------------------------------------------------------X
THE 4D FACTORY LLC,

                       Plaintiff,

    -against-

MARK LONG, COLIN FORAN,
NAOMI LACKAFF, AARON NONIS,
DON NORBURY, MARK YEEND,
CALVIN ZHOU, GRIFFIN GAMING
PARTNERS II, L.P., GRIFFIN GAMING
PARTNERS II SIDE FUND, L.P., POLYCHAIN
VENTURES II LP, POLYCHAIN VENTURES II
(PARALLEL) LP, PIERRE-EDUOARD
PLANCHE, BENJAMIN PERSZYK,
JOSH ROSENTHAL,

                      Defendants,
           and

NEON MACHINE, INC., ARGON PROTOCOL
FOUNDATION, ARGON ASSET VENTURES
CORP.

                 Nominal Defendants.

Adv. Pro. No. 24-01319 (MEW)

---------------------------------------------------------------X
GRIFFIN GAMING PARTNERS II, L.P., GRIFFIN
GAMING PARTNERS II SIDE FUND, L.P.,
POLYCHAIN VENTURES II LP, POLYCHAIN
VENTURES II (PARALLEL) LP,

                 Counterclaim-Plaintiffs, v.

THE 4D FACTORY LLC,

---

² The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC (8935).

Counterclaim-Defendant.
---------------------------------------------------------------------X
GRIFFIN GAMING PARTNERS II, L.P., GRIFFIN
GAMING PARTNERS II SIDE FUND, L.P.,
POLYCHAIN VENTURES II LP, POLYCHAIN
VENTURES II (PARALLEL) LP,

                                Third-Party Plaintiffs,

v.

CORT JAVARONE, SCOTT HONOUR, and STEVE
HOROWITZ,
                                Third-Party Defendants.
---------------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Nick R. Lawson to represent The 4D Factory LLC, Cort Javarone, Scott Honour, Steve Horowitz, and Neon Media LLC in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar of the State of State of Texas and the bars of the U.S. District Courts for the Southern, Northern, Eastern, and Western Districts of Texas, the Southern District of Illinois, the Seventh Circuit Court of Appeals, and the Fifth Circuit Court of Appeals, it is hereby

**ORDERED**, that Nick R. Lawson, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent The 4D Factory LLC, Cort Javarone, Scott Honour, Steve Horowitz, and Neon Media LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2024
       New York, New York

                                                    THE HONORABLE MICHAEL E. WILES
                                                    UNITED STATES BANKRUPTCY JUDGE