UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:

4D FACTORY, INC., et al.,

                                      Debtors.[1]

Chapter 11
(Subchapter V)
Case No.: 23-11618 (MEW)
(Jointly Administered)

-------------------------------------------------------------------X

THE 4D FACTORY LLC,

                Plaintiff,

   -against-

MARK LONG, COLIN FORAN,
NAOMI LACKAFF, AARON NONIS,
DON NORBURY, MARK YEEND,
CALVIN ZHOU, GRIFFIN GAMING
PARTNERS II, L.P., GRIFFIN GAMING
PARTNERS II SIDE FUND, L.P., POLYCHAIN
VENTURES II LP, POLYCHAIN VENTURES II
(PARALLEL) LP, PIERRE-EDUOARD
PLANCHE, BENJAMIN PERSZYK,
JOSH ROSENTHAL,

                Defendants,
      and

NEON MACHINE, INC., ARGON PROTOCOL
FOUNDATION, ARGON ASSET VENTURES
CORP.

                Nominal Defendants.

Adv. Pro. No. 24-01319 (MEW)

-------------------------------------------------------------------X
GRIFFIN GAMING PARTNERS II, L.P., GRIFFIN
GAMING PARTNERS II SIDE FUND, L.P.,
POLYCHAIN VENTURES II LP, POLYCHAIN
VENTURES II (PARALLEL) LP,

                Counterclaim-Plaintiffs,
v.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC (8935).

THE 4D FACTORY LLC,

                    Counterclaim-Defendant.

------------------------------------------------------------------------X

GRIFFIN GAMING PARTNERS II, L.P., GRIFFIN GAMING PARTNERS II SIDE FUND, L.P., POLYCHAIN VENTURES II LP, POLYCHAIN VENTURES II (PARALLEL) LP,

                    Third-Party Plaintiffs,

v.

CORT JAVARONE, SCOTT HONOUR, and STEVE HOROWITZ,

                    Third-Party Defendants.

------------------------------------------------------------------------X

## ORDER GRANTING MOTION TO AMEND

BEFORE THE COURT is The 4D Factory LLC's Motion for Leave to File an Amended Complaint. This motion was submitted for consideration without oral argument. The Court has reviewed the motion and the file therein, and is fully informed.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Plaintiffs' Motion for Leave to File Amended Complaint is GRANTED.
2. The Clerk of Court is directed to file Plaintiffs' Second Amended Complaint, which is attached as Exhibit A to Plaintiffs' Motion for Leave to Amend Complaint.

Dated: _____, 2024
       New York, New York

                                        _____
                                        THE HONORABLE MICHAEL E. WILES
                                        UNITED STATES BANKRUPTCY JUDGE