**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

In re:

4D FACTORY, INC., et al.,

                              Debtors.[1]

Chapter 11
(Subchapter V)
Case No.: 23-11618 (MEW)
(Jointly Administered)

------------------------------------------------------------------X

THE 4D FACTORY LLC and
NEON MEDIA LLC,

                        Plaintiffs,

   -against-

MARK LONG, COLIN FORAN,
NAOMI LACKAFF, AARON NONIS,
DON NORBURY, MARK YEEND,
CALVIN ZHOU, GRIFFIN GAMING
PARTNERS II, L.P., GRIFFIN GAMING
PARTNERS II SIDE FUND, L.P., POLYCHAIN
VENTURES II LP, POLYCHAIN VENTURES II
(PARALLEL) LP, PIERRE-EDUOARD
PLANCHE, BENJAMIN PERSZYK,
JOSH ROSENTHAL, ARGON PROTOCOL
FOUNDATION, ARGON ASSET VENTURES
CORP., and NEON MACHINE, INC.,

                       Defendants,
       and

CORT JAVARONE, SCOTT HONOUR,
AND STEVE HOROWITZ

                      Counterclaimants.

Adv. Pro. No. 24-01319 (MEW)

**NOTICE REGARDING PLAINTIFFS'
MOTION TO AMEND UNDER F.R.C.P.
15, TO ASSERT COUNTERCLAIMS
UNDER F.R.C.P. 13, AND FOR
JOINDER UNDER F.R.C.P. 19 OR 20**

------------------------------------------------------------------X

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC (8935).

1

Plaintiff, The 4D Factory LLC ("4D"), Counterclaimants Cort Javarone, Scott Honour, and Steve Horowitz (together "4D Board Claimants"), and Neon Media LLC (all together "4D Claimants") hereby notify the Court that the Second-Amended Complaint attached as Exhibit 1 to this Notice will replace the Exhibit 1 attached to Plaintiffs' Motion to Amend Under F.R.C.P. 15 filed on August 9, 2024 (ECF No. 45). In accordance with the Amended Stipulation and Scheduling Order Regarding Second Amended Complaint, Third-Party Complaint, and all Counterclaims (ECF No. 47), this amended Exhibit 1 eliminates two claims. And with these changes Defendants are no longer opposed to Plaintiffs' Motion to Amend.

For these reasons, the 4D Claimants respectfully ask that the Court grant them leave to file the Second-Amended Complaint, which is attached as Exhibit 1 to this Notice.

Dated: September 2, 2024

By:

**LAWSON & MOSHENBERG PLLC**
Attorneys for Plaintiff, Cort Javarone, Scott Honour, Steve Horowitz, and Neon Media LLC

_/s/ Nick Lawson_
Avi Moshenberg
avi.moshenberg@lmbusinesslaw.com
Nicholas R Lawson
nick.lawson@lmbusinesslaw.com
Telephone: (832) 280-5670
801 Travis Street, Suite 2101 #838
Houston, Texas 77002

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on counsel of record via the Court's CM/ECF filing system on  September 2, 2024.

                                                     */s/ Nicholas R. Lawson*
                                                      Nicholas R. Lawson